1  MARK POSARD (SBN: 208790)
   mposard@grsm.com
2  JOHN SAGER (SBN: 288982)
   jsager@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   3 Parkcenter Drive, Suite 200
4  Sacramento, California 95825
   Telephone:   (916) 565-2900
5  Facsimile:   (916) 920-4402

6  Attorneys for Defendants
   FGO CA, LLC;
7  FGO DELIVERS, LLC
   WAYFAIR TRANSPORTATION LLC;
8  WAYFAIR LLC; and
   WAYFAIR INC.

## UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLMAN TORREZ; JESUS O. LOPEZ; SANTIAGO LOPEZ; WILLIAM A. MENDOZA GARCIA; ERICK CASTRO CHAVEZ; KEVIN MIDENCE; JUAN MANUEL CABRERA MUNGIA; and CARLOS SOMARRIBA; each individuals and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FGO, LLC; FGO CA, LLC; FGO DELIVERS, LLC; WAYFAIR TRANSPORTATION, LLC; WAYFAIR, LLC; WAYFAIR, INC.; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br><br> Complaint Filed: August 9, 2024 |

The undersigned counsel of record for Defendants FGO CA, LLC; FGO DELIVERS, LLC; WAYFAIR TRANSPORTATION LLC; WAYFAIR LLC; and WAYFAIR, INC. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These

- 1 -
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  representations are made to enable the Court to evaluate possible disqualification or recusal.
2  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations
3  of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or
4  other entities (i) have a financial interest in the subject matter in controversy or in a party to the
5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
6  substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION |
|---|---|
| Holman Torrez | Plaintiff |
| Jesus O. Lopez | Plaintiff |
| Santiago Lopez | Plaintiff |
| William A. Mendoza Garcia | Plaintiff |
| Erick Castro Chavez | Plaintiff |
| Kevin Midence | Plaintiff |
| Juan Manuel Cabrera Mungia | Plaintiff |
| Carlos Somarriba | Plaintiff |
| FGO, LLC | Defendant |
| FGO CA, LLC | Defendant |
| FGO Deliveries, LLC | Defendant |
| Wayfair Transportation, LLC | Defendant |
| Wayfair, LLC | Defendant |
| Wayfair, Inc. | Defendant |
| Need It Now Delivers, LLC | Parent entity |
| Geodis America, Inc. | Parent entity |
| Geodis-NIN Holdings, Inc. | Parent entity |
| SK Retail, Inc. | Parent entity |

26  ///
27  ///
28  ///

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| Twentieth Century Fox Film Corporation | Parent entity |

Dated: November 4, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Mark Posard
John Sager
Attorneys for Defendants
FGO CA, LLC;
FGO DELIVERS, LLC;
WAYFAIR TRANSPORTATION LLC;
WAYFAIR LLC; and
WAYFAIR INC.