# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** February 3, 2025 | **Time:** 7 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 24-cv-7662-YGR | **Case Name:** Torrez et al v. FGO, LLC et al | |

**Attorney for Plaintiff:** Parham Golestanian; via Zoom
**Attorney for Defendant:** John Sager; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Debra Pas; via Zoom

### PROCEEDINGS

Initial Case Management Conference – held.

The Court denied any request to bifurcate discovery.

The parties discussed their dispute regarding class definition. The parties have three weeks to meet and confer to resolve the issue, and if they are unable, must explain in their next joint case management statement why not.

The parties' joint case management statement is due on February 17, 2025.

Further Case Management Conference is set on February 24, 2025, at 2:00 p.m. via Zoom webinar.