UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOLMAN TORREZ, ET AL.,**<br><br>           Plaintiffs,<br><br>vs.<br><br>**FGO, LLC, ET AL.,**<br><br>           Defendants. | Case No.: 4:24-cv-07662-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled for a case management conference on December 1, 2025. The parties have failed to file a Joint Case Management Conference as required by the Civil Local Rules.

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200 each side for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, December 15, 2025,** on the Court's **2:01p.m.** Calendar on Zoom.

By no later than **Monday December 8, 2025**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the Zoom hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written

response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for December 1, 2025 is **CONTINUED** to **December 15, 2025, at 2:01 p.m.**

**IT IS SO ORDERED.**

November 25, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**